O

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-05931 AHM (RZx) | Date | February 9, 2011 |
|---|---|---|---|
| Title | L.A. USA DYEING & FINISHING, S.A. v. YOUNG WON KONG, et al. | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| Stephen Montes | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys **NOT** Present for Plaintiffs:          Attorneys **NOT** Present for Defendants:

**Proceedings:**     IN CHAMBERS (No Proceedings Held)

In light of the suspension of Paul Park, attorney for the Plaintiff, Mr. Park will not be permitted to further participate in these proceedings until the suspension is lifted.

                                                                                        :
                                                        Initials of Preparer         SMO