O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 09-05931 AHM (RZx) | Date | June 1, 2011 |
|---|---|---|---|
| Title | L.A. USA DYEING & FINISHING, S.A. v. YOUNG WON KONG, et al. | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| Stephen Montes | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys **NOT** Present for Plaintiffs: | Attorneys **NOT** Present for Defendants: | |

**Proceedings:**    IN CHAMBERS (No Proceedings Held)

On January 24, 2011, in the minutes of the Final Pretrial Conference in this action, the Court ordered the parties to "jointly file, by no later than five days after the outcome of the state case pending against Defendants: (1) a joint status report detailing the outcome of the trial, the court's findings, the verdict, the judgment, the filing, if any, of an appeal in state court, and the implication of these cases for the case pending before this Court, including the impact on res judicata and collateral estoppel; (2) a revised Pretrial Conference Order, which includes a list of the remaining claims, a list of those claims no longer a part of this action, and the expected duration of the testimony of each given witness." Dkt. 115.

On February 17, 2011, the parties filed a Joint Report Re. the Effect of the State Trial on the Parties' Claims. Dkt. 121. In that report, the parties noted that "the jury returned a special verdict on February 10, 2011 in favor of Yang Jin Co., Ltd., and against Young Won Kong in the total sum of $4.7 million, and a special verdict in favor of Yang Jin Co., Ltd., and against Greenwest, LLC in the total sum of $1.1 million." *Id*. at 2. The parties further noted that at the time of the filing of this joint report, "they d[id] not have any information regarding the jury's findings as to each alleged wrongdoings [sic] committed by Young Won Kong or Greenwest. Accordingly, the parties d[id] not have sufficient information to state whether State Action [sic] has any collateral estoppel and/or res judicata effect on this instant federal action." *Id*. The parties also submitted a Proposed and Revised Final Pretrial Conference Order, of which this Court received a chambers copy but which does not appear on the Court's Docket.

Given that several months have elapsed since the conclusion of the state court trial,

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-05931 AHM (RZx) | Date | June 1, 2011 |
|---|---|---|---|
| Title | L.A. USA DYEING & FINISHING, S.A. v. YOUNG WON KONG, et al. | | |

the parties are hereby ORDERED to submit a further joint status report, by not later than June 15, 2011, attaching the special verdict, the judgment, the appeal, if any, and all other documents necessary to understand the status of the state court action and its effect (if any) or implications on this action, including on *res judicata* and collateral estoppel. Also, the parties should fill in and file the attached chart (Exhibit A to this Order), and should submit this document to the Court by not later than June 15, 2011.

In addition, and in light of what the entries on the attached chart are expected to demonstrate, the parties shall file an updated and Revised (Proposed) Pre-Trial Conference Order, by not later than June 22, 2011.

_____ : _____

Initials of Preparer        SMO

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-05931 AHM (RZx) | Date | June 1, 2011 |
|---|---|---|---|
| Title | L.A. USA DYEING & FINISHING, S.A. v. YOUNG WON KONG, et al. | | |

## Chart – Exhibit A

| Party in this case | Also a Party in State Case? | What Claims by or vs this Party Were Resolved in State Case?[*] | Claims in this Case Related to Claims Resolved in State Case? |
|---|---|---|---|
| LA USA Dyeing & Finishing S.A. | | | |
| Young Won Kong | | | |

---

[*]Specify what the claim(s) was (were), whether the claims were brought by or against the party in this case and how the claim(s) was (were) resolved.

O

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-05931 AHM (RZx) | | Date | June 1, 2011 |
| --- | --- | --- | --- | --- |
| Title | L.A. USA DYEING & FINISHING, S.A. v. YOUNG WON KONG, et al. | | | |

| Party in this case | Also a Party in State Case? | What Claims by or vs this Party Were Resolved in State Case?** | Claims in this Case Related to Claims Resolved in State Case? |
| --- | --- | --- | --- |
| Greenwest, LLC | | | |
| F.S.I. Greenwest Activewear, Inc. | | | |
| G-West Design & Production, Inc. | | | |

---

**Specify what the claim(s) was (were), whether the claims were brought by or against the party in this case and how the claim(s) was (were) resolved.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-05931 AHM (RZx) | | Date | June 1, 2011 |
|---|---|---|---|---|
| Title | L.A. USA DYEING & FINISHING, S.A. v. YOUNG WON KONG, et al. | | | |

| | | | |
|---|---|---|---|
| Kyu Young Kang | | | |
| Ji Soo Ryu | | | |
| In Do Whang | | | |

O

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-05931 AHM (RZx) | Date | June 1, 2011 |
|---|---|---|---|
| Title | L.A. USA DYEING & FINISHING, S.A. v. YOUNG WON KONG, et al. | | |

| | | | |
|---|---|---|---|
| Yang Jin Co., Ltd. | | | |
| LA Guatemala Partnership | | | |