O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-5931 AHM (RZx) | Date | June 30, 2011 |
|---|---|---|---|
| Title | L.A. USA DYEING & FINISHING, S.A. v. YOUNG WON KONG, et al. | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE |
|---|---|

| S. Eagle | Not Reported | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys **NOT** Present for Plaintiffs:   Attorneys **NOT** Present for Defendants:

**Proceedings:**   IN CHAMBERS (No Proceedings Held)

Having reviewed the parties' regrettably unhelpful Joint Status Report, and the [Proposed] Revised Final Pretrial Conference Order ("PRFPTCO"), the Court now ORDERS the following:

(1) The open-ended continuance of the Pre-Trial Conference and the trial is extended indefinitely. Meanwhile, the key, uncompleted discovery referred to at page 8:23 of the PRFPTCO (the depositions of Defendant Young Won Kang and Grace Lee) must be completed by August 8, 2011.

(2) In the PRFPTCO the parties did not identify as parties to this case the defectively-sued (and, apparently, never-served or appearing) supposed Third Party Defendants. Accordingly, the purported claims against those individuals and parties are dismissed. If there is a trial in this case, there will be no evidence allowed or received to support claims against Ji Soo Ryu, In Do Whang, Yang Jin Co. Ltd., and LA Guatemala Partnership LLC.

(3) At page 6:13, the PRFPTCO states that Defendants plan to pursue "Affirmative Defense 2: *Res Judicata* and/or Collateral Estoppel." Defendants shall file a statement explaining what judgment(s) and finding(s) they intend to use to prove that affirmative defense. In particular, they must specify just what (if anything) arises out of the state court trial.

(4) The Parties shall inform the Court of what happened in state court on June 17, 2011, concerning the JNOV and New Trial Motions.

O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-5931 AHM (RZx) | Date | June 30, 2011 |
|---|---|---|---|
| Title | L.A. USA DYEING & FINISHING, S.A. v. YOUNG WON KONG, et al. | | |

     (5)    The various papers both sides have filed in this case have been consistently confusing. This Court remains unable to understand even the gist of what the lawyers think they will prove or disprove at trial. Accordingly, each side shall separately file a "Summary of Contentions and Expected Proof" that, in plain language and as if it were their lawyer's opening statement to the jury, sets forth what they expect the evidence will be at trial and what they expect it to show. These statements, which may not exceed ten (10) pages, must be based only on good faith and sound assessments as to what evidence will be admissible.

     Items 3, 4 and 5 shall be filed by not later than August 18, 2011.

                                                                                                                                    :

Initials of Preparer      se