JS-6

FILED
CLERK, U.S. DISTRICT COURT
AUG - 4 2011
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

1  THOMAS J. RYU, ESQ. [SB#155749]
2  tryu@ksprl.com
   STELLA K. PARK, ESQ [SB# 152659]
3  spark@ksplr.com
   KIM, SHAPIRO, PARK, LEE & RYU, APLC
4  3435 WILSHIRE BOULEVARD, SUITE 2055
   LOS ANGELES, CALIFORNIA 90010
5  TEL: (213) 380-9200
   FAX: (213) 380-9302
6

7  Attorneys for Plaintiff,
   LA USA DYEING & FINISHING S.A., a Guatemala corporation
8

## UNITED STATES DISCTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LA USA DYEING & FINISHING S.A., a Guatemala corporation,<br><br>Plaintiff,<br><br>vs.<br><br>YOUNG WON KONG, an individual; CLARA MINSHIN KONG aka MIN SHIN KONG, an individual; GREENWEST LLC, a California limited liability company; GGFB, LLC, a California limited liability company; F.S.I. GREENWEST ACTIVEWEAR, INC., a California corporation; G-WEST DESIGN & PRODUCTION, INC., a California corporation; G-WEST DESIGN & PRODUCTION, LLC, a California limited liability company; ROYAL LIQUOR, LLC, a California limited liability company; KONG FAMILY TRUST, an unknown entity; KYU YOUNG KANG, an individual and DOES 1 to 10, inclusive,<br><br>Defendants.<br><br>ALL RELATED CROSS-ACTION. | CASE NO: CV09-05931 AHM (RZx)<br><br>ORDER ON<br>STIPULATION OF DISMISSAL |

1
STIPULATION

## **STIPULATION**

WHEREAS, on or about December 10, 2009, Plaintiff LA USA Dyeing & Finishing S.A. filed its Second Amended Complaint in this action;

WHEREAS, on or about January 15, 2010, Defendants Young Won Kong, Kyu Young Kang, and Greenwest, LLC filed their First Amended Answer to Plaintiff's Second Amended Complaint;

WHEREAS, all other named Defendants to Plaintiff LA USA Dyeing & Finishing S.A.'s Second Amended Complaint have either been dismissed or have defaulted;

WHEREAS, on or about January 8, 2010, Counter-Claimants/Third Party Claimants Young Won Kong and Kyu Young Kang, and Third Party Claimant Greenwest, LLC filed their respective Counterclaim and Third Party Complaint in this action;

WHEREAS, on or about January 22, 2010, Counter-Defendant LA USA Dyeing & Finishing S.A. filed its Answer to the Counterclaim;

WHEREAS, on or about June 30, 2011, the Court dismissed Young Won Kong, Kyu Young Kang and Greenwest, LLC's Third Party Claim in this action;

WHEREAS, Plaintiff LA USA Dyeing & Finishing S.A. has expressed its intent to dismiss its entire Second Amended Complaint against all Defendants;

WHEREAS, Defendants Young Won Kong, Kyu Young Kang, and Greenwest, LLC are willing to stipulate to allow LA USA Dyeing & Finishing S.A. to dismiss its entire Second Amended Complaint;

WHEREAS, Counter-Complainants Young Won Kong and Kyu Young Kang have expressed their intent to dismiss their entire Counterclaim against all Counter-Defendants;

WHEREAS, Counter-Defendant LA USA Dyeing & Finishing S.A. is willing to stipulate to allow Young Won Kong and Kyu Young Kang to dismiss their entire Counterclaim;

1     NOW THEREFORE, THE PARTIES AGREE AND STIPULATE that the
2 Complaint brought by LA USA Dyeing & Finishing S.A. shall be dismissed in its
3 entirety, without prejudice, pursuant to FRCP 41(a);
4     THE PARTIES FURTHER AGREE AND STIPULATE that the Counterclaim
5 brought by Young Won Kong and Kyu Young Kang shall be dismissed in its entirety,
6 without prejudice, pursuant to FRCP 41(c).
7     THE PARTIES FURTHER AGREE AND STIPULATE THAT each party shall
8 bear their own fees and costs associated with this action.

Dated: August 2, 2011            KIM SHAPIRO PARK LEE & RYU
                                         A Professional Law Corporation

                                         By: _____
                                         Thomas J. Ryu
                                         Attorneys for Plaintiff/Counter-
                                         Defendant

Dated: August 2, 2011            PARK & LIM, LLP

                                         By: _____
                                         S. Young Lim
                                         Attorneys for Defendants/Counter-
                                         Complainants/Third Party Plaintiffs

IT IS SO ORDERED
Dated: AUG - 4 2011
_____
United States District Judge